Case No. 3:24-cv-464-TJC-MCR

MAHMOUD REZA BANKI
    Plaintiff,
v.

BANK OF AMERICA, N.A.,
    Defendant

_____/

## **MEDIATION REPORT**

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report and Notice of Adjournment:

1.      On August 11, 2025, counsel and the parties in the above-referenced case convened virtually via Zoom for a mediation conference in this case.

2.      All required parties were present for the mediation.

3.      The mediation has been adjourned pending specified, limited, mediation communications involving counsel and the mediator. The mediator will file another mediation report on or before August 28, 2025.

DATED this 18th day of August, 2025.

/s/ *Pamela I. Perry*_____
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146
P: 305-202-3545

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Christopher Bartolomucci, Esq.
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
cbartolomucci@schaerr-jaffe.com;
O: 202-787-1060
C: 202-256-2735
*Counsel for Plaintiff:*
*Mahmoud Reza Banki*

Evan Gilbert, Esq.
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
EGilbert@winston.com;
305-910-0500
*Counsel for Defendants:*
*Bank of America, N.A.*

Amanda Groves, Esq.
WINSTON & STRAWN LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071-1543
AGroves@winston.com;
O: 213-615-1700
ANewman@winston.com
*Counsel for Defendants:*
*Bank of America, N.A.*

By: /s/ *Pamela I. Perry*