Case No. 3:24-cv-464-TJC-MCR

MAHMOUD REZA BANKI
    Plaintiff,
v.

BANK OF AMERICA, N.A.,
    Defendant

_____/

## SECOND MEDIATION REPORT

Pamela I. Perry, the mediator in this case, hereby submits the Second Mediation Report in this case and states as ground therefor:

1. On Monday, August 18, 2025, the undersigned filed a Notice of Adjournment following the initial mediation conference on August 11, 2025, pending specified mediation communications, to be followed by a mediation report filed on August 28, 2025.

2. Since that time, counsel and the undersigned have engaged in further mediation communications, but have not reached an agreement in this case.

3. The undersigned thus respectfully reports that the parties and the undersigned continue to engage in mediation communications in a good faith effort to determine whether this matter can be resolved through the mediation process.

4. The undersigned will file a third mediation report on or before September 9, 2025.

DATED this 28th day of August, 2025.

/s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146
P: 305-202-3545

# <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of August, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Christopher Bartolomucci, Esq.
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
cbartolomucci@schaerr-jaffe.com;
O: 202-787-1060
C: 202-256-2735
*Counsel for Plaintiff:*
*Mahmoud Reza Banki*

Evan Gilbert, Esq.
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
EGilbert@winston.com;
305-910-0500
*Counsel for Defendants:*
*Bank of America, N.A.*

Amanda Groves, Esq.
WINSTON & STRAWN LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071-1543
AGroves@winston.com;
O: 213-615-1700
ANewman@winston.com
*Counsel for Defendants:*
*Bank of America, N.A.*

By: /s/ *Pamela I. Perry*