# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MAHMOUD REZA BANKI,

    Plaintiff,

                                 Case No. 3:24-cv-464-TJC-MCR

v.

BANK OF AMERICA, N.A.,

    Defendant.

---

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The court having previously granted the Joint Motion to Amend Scheduling Order and Continue Trial Date (Doc. 44), it is hereby

**ORDERED:**

1.    The following deadlines and settings apply:

Deadlines for disclosing expert reports

| | |
|---|---|
| Plaintiff: | **October 31, 2025** |
| Defendants: | **December 1, 2025** |
| Rebuttal: | **December 22, 2025** |

Deadline for completing discovery and filing motions to compel:    **January 29, 2026**

Dispositive and <u>Daubert</u> Motions Deadline: **March 12, 2026**
(Responses due 21 days after service unless otherwise ordered; summary judgment replies (limited to 7 pages) permitted 14 days after service of a response)

| Deadline for filing the joint final pretrial statement and all other motions including motions in limine: | **July 17, 2026** |
| Final Pretrial Conference: | **July 23, 2026** **10:00 a.m.** |
| Trial Term Begins (Jury – 1 day) | **August 3, 2026** **9:00 a.m.** |

2.      In all other respects, the parties shall continue to be governed by the terms of the Court's March 5, 2025, Case Management and Scheduling Order (Doc. 34).

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of October, 2025.

**TIMOTHY J. CORRIGAN**
United States District Judge

By:    /s/ Susanne Weisman
          Deputy Clerk

tl.
Copies to:
Counsel of Record

2