

**WINSTON & STRAWN LLP**

NORTH AMERICA    SOUTH AMERICA    EUROPE

200 S. Biscayne Boulevard
Suite 1700
Miami, FL 33131
+1 305-910-0500
+1 305-910-0505

May 1, 2026

Adam M. Foslid
Partner
+1 305-910-0646

**VIA FEDEX**

Bryan Simpson United States Courthouse
Clerk's Office
300 North Hogan Street
Jacksonville, Florida 32202

RE: *Mahmoud Reza Banki v. Bank of America, N.A.*, Case No. 3:24-CV-464-TJC-MCR

Clerk of Courts:

Enclosed please find an encrypted flash drive containing the .wav file constituting Exhibit 7 (D.E. 58-8) to Defendant's Motion for Summary Judgment (D.E. 58).

Sincerely,

Adam M. Foslid
Winston & Strawn LLP
200 S. Biscayne Blvd.
Suite 1700
(305) 910-0646
AFoslid@winston.com

*Counsel for Bank of America, N.A.*

Case 3:24-cv-00464-TJC-MCR    Document 60    Filed 05/04/26    Page 2 of 3 PageID 1597
Case 3:24-cv-00464-TJC-MCR    Document 58-8    Filed 04/30/26    Page 1 of 2 PageID
1518

# EXHIBIT 7

Audio File: Submitted to Chambers and Clerk's Office by Flash Drive

# Document Produced in Native Format

Confidential

BANA-BANKI_0000007